GEORGE C. BOUTON, Plaintiff, v. GEORGE A. FLEHARTY et al., Defendants, LOUIS P. PENFIELD et al., Appellants, and CHARLES D. SWAN et al., Respondents.

*Real property — partition — evidence — paper writing purporting to be will may be received as evidence of title though not probated in this State.*

*Bouton* v. *Fleharty*, 215 App. Div. 180, affirmed.

(Submitted April 2, 1926; decided May 4, 1926.)

APPEAL from a judgment, entered January 25, 1926, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendants-respondents and granting a new trial, and directed reinstatement of said verdict and the entry of judgment thereon. The action was to partition real property. The question was whether the Supreme Court, in a partition action, in determining rights to an interest in the property the subject of the action as between various defendants, can give effect to a paper writing purporting to be a will, as an evidence of title, unless that paper writing has been properly probated in this State.

*J. Henry Esser* and *Raphael A. Carretta* for appellants.
*Arthur M. Johnson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ.    Absent: ANDREWS, J.

---

BRADLEY J. HURD, Respondent, v. JOHN B. MEOLA, Appellant.

*Negligence — motor vehicles — collision between two automobiles — action to recover for damage to car.*

*Hurd* v. *Meola*, 215 App. Div. 861, affirmed.

(Argued April 2, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover